United States District Court
For The Southern District of Michigan
Grand Rapids Division
Case Number: **1:04 CV0311**

FILED (GR)
U.S. District Court Clerk
Ronald C. Weston, Sr.
MAY -7 2004
By: /s/ Western Michigan

Joseph Marion Head, Junior
Plaintiff
vs
United States of America
And
David L. Winn, Warden
of Fed. Medical Center Devens
And
State of North Carolina

Complaint Pursuant To 42 U.S.C. As Applies And As May Be Applied Hereto And Thereto All Institutional, Court, And All Other Records, Persons, Places And Things, Relating To Plaintiff

Gordon J. Quist
U.S. District Judge
Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

## Jurisdiction

The court has jurisdiction herein pursuant to the provisions of 18, 28, 42, U.S.C. as applies and as may be applied to all, institutional, court, medical, phy. records, persons, places, things relating to plaintiff, prior, present, hereinafter United States And North Carolina Laws And Constitution's Also As Applies And May Be Applied To The Aforsaid And Relating Thereto, Hereto.

## Plaintiff

Plaintiff herein is, Joseph Marion Head, Junior, Prison Number 17549-056, who is a carcausion male born on December Second 1946, Gastonia, North Carolina of The United States of America and is

presently housed in, N-4 cell 423 of The Federal Medical Center, Devens, Mass., inmate post office Box Number 879, 'Staff' Post office Box 880, Ayers, Mass. Zip Code 01432, David L. Winn, is The Warden of The Aforesaid.

## Defendants

Defendant herein is the United States Of America

Defendant herein is the State of North Carolina

Defendant herein is David L. Winn who is the Warden of Federal Medical Devens, Post office Box 880, Ayers, Mass. Zip Code 01432.

Each Defendant herein is sued in each of their compasities in which they are liable herein and relating hereto as determind by the court relating hereto by the Courts review of all records, etc. relating hereto and Plaintiff, prior, present, hereinafter as legally applies, etc.

## Relief Demanded By Plaintiff Pro Se

1- The Court Grant To Plaintiff, Leave To Proceed Informa in all matters, etc. relating hereto, to include appeals and appointments of Counsel Hereto and for Appeals, 18 U.S.C. 3006A U.S. Constitution Amendments 1, 4, 5, 6, 8, 14, etc. as appli

2- The Court afford to Plaintiff, all the judicial Protections Authorized By Laws, Constitutions and Human Rights of American States and of the United States and States Thereof, to enclude by review, etc. all records, persons, places, things, relating to plaintiff prior, present, hereinafter, and applies all laws etc. thereto and Grant and Order to plaintiff all criminal, civil, tort and demistic, relief authorized, etc. by law, constitutions and Human Rights and an appeal from any judgment order of this court, etc. courts, etc. authorized by law, etc., without further notice of appeal etc. required to be filed.

3- The court Order The Clerk Of This court To Make, Send, File all required copies of this complaint, etc. relating hereto without cost for same to plaintiff hereof.

4- That the court Order The Government to pay all cost relating to plaintiff cases etc. relating thereto, prior, present, etc., to enclude cost of, mail, copies, slef represention, etc. and for all time spent incarcerated etc. because of forced slef represention and ineffective slef representation, etc. relating thereto and hereto and for all violations of the rights of plaintiff to access to the courts and to petition the courts, to enclude criminal charges relating thereto. Signed, Joseph Marion Head Junior, 17549-056 (5-1-04)