United States District Court
District of Massachusetts

Joseph Marion Head
vs
Unknown Parties
No. 04-40089-RGS
And
United States of America
No. 04-40090-RGS
And
United States of America,
State of North Carolina,
David L. Winn
No. 04-40103-RGS
And
Numbers Below As Applies
04-CV-10522
04-CV-11120
04-CV-40042
04-CV-40084
04-CV-40090
04-CV-40103

Notice of Appeal
In Forma Pauperis
As To Each Case
And
Motion For Appointment
of Counsel On Appeal
of Each Case

Now Comes, Joseph Marion Head, who pro se gives notice of appeal to the First Circuit Court of Appeals, from the Final Order of United States Federal District Court Judge, Richard G. Stearns, dated November 9, 2004, dismiss without prejudice the above actions and As

said order, appellant objects thereto and makes exceptions thereto as legally applies.

The Issues On Appeal Are

Each presented claim and ground etc. in the above entitled cause and all others of prison and court records relating to appellant which may be presented on appeal hereof. As to all the aforesaid see the prison and court records relating to the aforesaid and appellant herein and Records of F.M.C. Devens Relating To Appellant herein.
Signed, Joseph Marion Hess Reg. No. 17549-056
N-2 Cell 219, F.M.C. Devens
Post Office Box 879
Ayer, Massachusetts, 01432

Date This Notice of Appeal sent To The District Court, Boston Ma. November 17th, 2004

Joseph Marion Hess Junior Reg. No. 17549-056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40089- RGS

JOSEPH MARION HEAD

v.

UNKNOWN PARTIES, et al.

---

CIVIL ACTION NO. 04-40090- RGS

JOSEPH MARION HEAD

v.

UNITED STATES OF AMERICA, et al.

---

CIVIL ACTION NO. 04-40103- RGS

JOSEPH MARION HEAD

v.

UNITED STATES OF AMERICA,
STATE OF NORTH CAROLINA, and DAVID L. WINN

ORDER OF DISMISSAL

November 9, 2004

STEARNS, D.J.

The plaintiff Joseph Head, Jr. is a serial filer and an established nuisance in any number of federal courts. In 2004, this session has been assigned seven cases instituted

by Head.[1]  On September 17, 2004, this court issued an Order enjoining Head from filing further petitions without leave of court.

The above caption identifies Head's cases currently pending in this session. These cases will be dismissed and are to be refiled only with the prior permission of the court. The court relies on its authority to sua sponte dismiss cases that are patently frivolous or incurable by amendment.  See Clorox Co. Puerto Rico v. Proctor & Gamble Commercial Co., 228 F.3d 24, 30-31 (1st Cir. 2000).  Cf. Neitzke v. Williams, 490 U.S. 319, 329 (1989). Accordingly, cases 04-cv-40089, 04-cv-40090, and 04-cv-40103 are DISMISSED without prejudice.

                SO ORDERED.

                /s/ Richard G. Stearns

                _____
                UNITED STATES DISTRICT JUDGE

---

[1] Those cases are enumerated as follows: 04-cv-10522; 04-cv-11120; 04-cv-40042; 04-cv-40084; 04-cv-40089; 04-cv-40090; and 04-cv-40103.

 

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210
(617) 748-9152

# LAWYER REFERRAL SERVICE*

**Boston Bar Association Lawyer Referral Service**
16 Beacon Street
Boston, MA 02108
(617) 742-0625
The Lawyer Referral Service will make referrals to lawyers through the Greater Boston area for both civil and criminal cases.

**Massachusetts Bar Association Lawyer Referral Service**
20 West Street
Boston, MA 02111
(617) 654-0400   or (800) 392-6164
The Lawyer Referral Service will make referrals to lawyers throughout the state of Massachusetts for both criminal and civil cases.

**Volunteer Lawyers Project (VLP)**
29 Temple Place
Boston, MA 02120
(617) 338-6790
Through the volunteer lawyers project, private attorneys contribute their services to eligible clients at no cost.

**Greater Boston Legal Services**
197 Friend Street
Boston, MA 02114
(617) 371-1234
This legal service program provides free legal services to low income people in civil cases only.

**Legal Advocacy and Resource Center**
Telephone assistance only. (617) 742-9179

\*   This list is not all inclusive. For more information, please consult your local Yellow Pages.