## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40089

Joseph Marion Head

v.

David L. Winn

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/12/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40089-RGS

Head v. United States of America et al  
Assigned to: Judge Richard G. Stearns  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/26/2004  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: U.S. Government Defendant

**Plaintiff**
-----------------------

**Joseph Marion Head, Jr.**          represented by **Joseph Marion Head, Jr.**  
17549-056  
FMC, Devens  
PO Box 879  
Ayer, MA 01432  
PRO SE

V.

**Defendant**
-----------------------

**United States of America**

**David L. Winn,** *Warden of Fed. Medical Center Devens*

**North Carolina, State of**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2004 | 5 | Case transferred in from District of Michigan; Case Number 04-311. Original file with documents numbered 1-4, certified copy of transfer order and docket sheet received. (Attachments: # 1 Complaint# 2 Transfer Letter) (Jones, Sherry) (Entered: 05/27/2004) |
| 11/09/2004 | 6 | Judge Richard G. Stearns : ORDER DISMISSING CASE(Flaherty, Elaine) (Entered: 11/10/2004) |
| 11/18/2004 | 7 | NOTICE OF APPEAL as to 6 Order Dismissing Case by Joseph |

| | | |
|---|---|---|
| | | Marion Head Jr.. $ 0., receipt number n/a Reason fee is not required: notice accompanied by application to proceed IFP. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2004. (Morse, Barbara) (Entered: 12/02/2004) |
| 11/18/2004 | 8 | MOTION for Leave to Appeal in forma pauperis by Joseph Marion Head Jr..(Morse, Barbara) (Entered: 12/02/2004) |
| 11/30/2004 | 9 | Judge Richard G. Stearns : ORDER entered denying 8 Motion for Leave to Appeal in forma pauperis for failure to submit a certified prison account statement. IT IS FURTHER ORDERED, the clerk shall enter a copy of this Memorandum and Order on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; 04-40103-RGS; 04-10522-RGS; 04-11120-RGS; 04-40042-RGS; and 04-40084-RGS. IT IS FURTHER ORDERED that in accordance with this Court's order dated September 17, 2004, the clerk shall return to Joseph Marion Head the documents submitted for filing On November 17th and 22th. IT IS FURTHER ORDERED that the clerk shall enter the Notice of Appeal and accompanying Application to Proceed Without Prepayment of Fees on the dockets for Civil Action Numbers 04-40089-RGS; 04-40090-RGS; and 04-40103-RGS. (Morse, Barbara) (Entered: 12/02/2004) |